RAMÍREZ, DEMANDANTE Y APELANTE, *v.* MARTÍNEZ, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en un caso sobre indemnización de daños y perjuicios.

No. 1066.—Resuelto en junio 22, 1914.

PRUEBA CONTRADICTORIA—APRECIACIÓN DE LA MISMA POR EL TRIBUNAL SENTEN-CIADOR — PASIÓN, PREJUICIO O PARCIALIDAD — CONCLUSIONES DEL TRIBUNAL SENTENCIADOR.—Cuando la prueba acerca de la manera en que ocurrió un accidente es contradictoria, la apreciación que de la misma haga el tribunal sentenciador debe ser aceptada, a no ser que se demuestre que dicho tribunal actuó movido por pasión, prejuicio o parcialidad, o cometió algún error manifiesto.

Las hechos están expresados en la opinión.
Abogado de la apelante: *Sr. Luis Montalvo Guenard.*
Abogado del apelado: *Sr. José de Diego.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

La presente es una acción sobre cobro de dinero por indemnización de daños y perjuicios. En la demanda se alega, en resumen, que la demandante tenía arrendada y vivía una habitación de una casa de la propiedad del demandado, situada en el piso alto de la misma, y que la demandante para bajar al patio de la casa tenía que usar de una escalera que se encontraba, con conocimiento del dueño, en muy mal estado. Que el 11 de junio de 1911, la demandante comenzó a bajar

por dicha escalera y al pisar el primer peldaño, éste se rompió y la demandante cayó a tierra desde unos tres metros de altura, sufriendo fuertes contusiones que le hicieron guardar cama y le ocasionaron dolores físicos y pérdida de trabajo productivo. La demandante fija los daños y perjuicios sufridos en la suma de dos mil pesos.

El demandado en su contestación alegó que la acción ejercitada por la demandante había prescrito, negó los hechos esenciales de la demanda que podían perjudicarle y expuso, como materia nueva, en resumen, que la demandante el 5 de abril de 1911 tuvo una acalorada disputa con motivo de unas aves de corral y que, irritada por la polémica, trató de bajar rápidamente por la escalera en cuestión que se hallaba entonces mojada por la lluvia, y resbaló y cayó. Y que la escalera había sido recompuesta y se encontraba en buen estado en la época del accidente.

Celebrada la vista el 28 de abril de 1913, la Corte de Distrito de Mayagüez dictó sentencia, el 15 de mayo de 1913, declarando sin lugar la demanda con imposición de las costas, desembolsos y honorarios de abogado a la demandante. Y contra esa sentencia, la demandante interpuso el presente recurso de apelación.

En su relación del caso y opinión, la corte sentenciadora analiza la prueba de ambas partes y concluye diciendo:

"La corte ha estudiado y comparado las declaraciones contradictorias de los testigos de ambas partes sobre este punto, es decir, sobre la forma en que ocurrió la caída de la demandante y ha llegado a la conclusión de que la caída sufrida por la demandante, no fué en la forma que ella y sus testigos han declarado, sino en la forma que han declarado los testigos del demandado, Nicolás Guardiola y María Irizarry; es decir, que la demandante, al bajar la escalera precipitadamente y estando mojada dicha escalera por haber llovido ese día, resbaló de sus propios piés y cayó al patio desde una altura de dos o tres varas."

La demandante en su alegato presenta como única cuestión de derecho la de que la sentencia dictada es contraria

a la evidencia practicada y está basada en conclusiones arbitrarias, habiendo la corte procedido para llegar a ellas con apasionamiento, malicia y predisposición en contra de la demandante.

Hemos estudiado cuidadosamente las alegaciones y las pruebas. Estas resultaron completamente contradictorias. Las hemos analizado y no hemos podido encontrar indicio alguno de que la corte sentenciadora actuara movida por pasión, prejuicio o parcialidad al apreciarlas. La versión aceptada por la corte sobre la manera en que ocurrió el accidente, tomada de la prueba del demandado, nos parece mucho más lógica que la versión sostenida por la prueba de la demandante.

En tal virtud, debe declararse sin lugar el recurso y confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.

Presentada petición de apelación para ante la Corte Suprema de los Estados Unidos, fué ésta denegada en julio 21, 1914.